EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

ALPHA MODUS, CORP.,

Plaintiff

v.                                                            Civ. No. 2:26-cv-00335-JRG-RSP

CIRCLE K STORES, INC.

Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension:    CIRCLE K STORES, INC.

Date Party's answer was originally due:                                      05/26/2026

Date Party's answer is now due (must not exceed 45 days after original due date):    06/19/2026

Date: 05/21/2026          /s/  Matthew J. Levinstein

Full Name: Matthew J. Levinstein

State Bar No.: Illinois Bar No. 6300343

Address: GREENBERG TRAURIG, LLP
360 N. Green Street, Ste. 1300
Chicago, IL 60607

Phone: (312) 456-8400

Fax: (312) 456-8435

Email: levinsteinm@gtlaw.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)