**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ALPHA MODUS, CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:26-cv-00335-JRG-RSP |
| v. | ) | |
| | ) | |
| CIRCLE K STORES INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PROPOSED ORDER**

Before the Court is Defendant Circle K Stores Inc.'s ("Defendant") Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion"). Based upon the record before the Court, Defendant's Motion is hereby **GRANTED**.

Therefore, Plaintiff Alpha Modus, Corp.'s Complaint (Dkt. No. 1 in Civil Action No. 2:26-cv-00335) is hereby **DISMISSED WITH PREJUDICE**.