**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALPHA MODUS, CORP., | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 2:26-CV-00335-JRG-RSP |
| | § | |
| CIRCLE K STORES INC., | § | |
| *Defendant.* | § | |
| | § | |

## ORDER

Before the Court is Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6). **Dkt. No. 17**. Since its filing, the Plaintiff has responded by filing an amended complaint adding responsive factual pleadings. Dkt. No. 21. Accordingly, the Court finds that the Motion should be and hereby is **DENIED** as moot.

**SIGNED this 26th day of July, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE